Argued March 28, affirmed March 28, 1973

STATE OF OREGON, *Respondent*, *v.* TITUS SERVON SERRELL (No. C 72-08-2441 Cr), *Appellant.*

507 P2d 1157

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.